**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 152 WAL 2018

             Respondent        :

                         :   Petition for Allowance of Appeal from

                v.           :   the Order of the Superior Court

CHRISTOPHER MBEWE,         :

             Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.